**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7900**

---

TERRY R. FOREMAN,

Plaintiff - Appellant,

versus

ALTON BASKERVILLE, Warden; JOHN METZGER, Pa-
role Board Member; SANDRA COMBS, Parole Board
Member; LINDA PITTMAN, Parole Board Member;
WINNIE R. DIXON, Parole Board Member,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-95-64)

---

Submitted: February 7, 1996          Decided: February 29, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Terry R. Foreman, Appellant Pro Se. Mary Elizabeth Shea, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Foreman v. Baskerville</u>, No. CA-95-64 (E.D. Va. Nov. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>